1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY BARBARIAN,                      1:23-cv-00786-SKO (PC)

12               Plaintiff,

13         v.                                 **ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE**
14    C.D.C.R, et al.,                        **EASTERN DISTRICT OF CALIFORNIA**

15               Defendant.

16

17         Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C. §

19    1915.

20         In his complaint, Plaintiff alleges violations of his civil rights by defendants that took

21    place in Sacramento County, which is part of the Sacramento Division of the United States

22    District Court for the Eastern District of California. Therefore, the complaint should have been

23    filed in the Sacramento Division.

24         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court. Thus, this action will be

26    transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to proceed

27    *in forma pauperis*.

28    //

                                                    1

1    Good cause appearing, **IT IS HEREBY ORDERED** that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6                          United States District Court
                           Eastern District of California
7                          501 "I" Street, Suite 4-200
                           Sacramento, CA 95814
8

9        3.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

10

     IT IS SO ORDERED.
11

12   Dated:  __**May 24, 2023**__                        __/s/ *Sheila K. Oberto*__
                                                         UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2